Certificate Number: 05781-MOE-DE-041383973

Bankruptcy Case Number: 26-43159

05781-MOE-DE-041383973

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 29, 2026, at 12:57 o'clock PM PDT, Cornelius Meeks completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Missouri.

Date: August 29, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President